Kia Long

VS

5:17-CV-68-JMH

Eastern District of Kentucky
FILED
FEB 15 2017
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Winterwood Property Management

and

Parkway Plaza Apartments

I would Like to go Before the Judge I Feel that I did Not get a fair trial. I was Evicted I was not giving I Chance to speak or even noticed to come to court to Prove myself. I Feel Like Because I am Poor and cannot afford a lawyer I was Denied my Appeal. I Feel Like because I was black I went though what I did in the First Place. I Did Nothing right to be kick out of my Home the way I did. My rent was Paid every Month. I Did Bother anyone. I need A chance to show my Pictures and Paperwork and tell my story. Someone talk to my son and daughter. Hear the truth

Eastern District of Kentucky
FILED
FEB 15 2017
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

I have no Reason to Lie I was on the street because of This, Lost A Lot of my Life money and Health, I just want my day In Court I Prove what I tried the First time. They evicted me Charged me for ~~[scribbled out]~~

Kia Long

2836 Camborne St

Greensboro NC 27409

856-279-9568