```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

| | | |
|---|---|---|
| KIA LONG, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil No. 17-68-JMH |
| | ) | |
| V. | ) | |
| | ) | |
| WINTERWOOD PROP. MGMT. and | ) | **ORDER OF DISMISSAL** |
| PARKWAY PLAZA APARTMENTS, | ) | |
| | ) | |
|     Defendants. | ) | |

                      \*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\*

Kia Long is a resident of Greensboro, North Carolina. Ms. Long has sent a brief handwritten letter to the Court along with a number of documents. [R. 1] These documents indicate that in May 2016, Ms. Long was evicted from her apartment on Jennifer Road in Lexington, Kentucky after several incidents involving her service dog and other tenants, as well as a few visits from the police. [R. 1-1 at 5, 8, 14] In her letter, Ms. Long states that she would "like to go before the judge" to tell her story because she was not properly notified of the eviction proceeding and didn't get a chance to testify. She indicates only that she wants her day in court; she does not seek any other form of relief. [R. 1 at 2-3] For administrative purposes, the Clerk of the Court has docketed this matter as a civil case. Ms. Long has also filed a motion to proceed *in forma pauperis*. [R. 2]

1

Ms. Long has apparently filed her letter seeking relief from the judgment of eviction in the wrong court. This is the United States District Court for the Eastern District of Kentucky, which is a federal court. Long's prior state case was also filed in a "district" court, but in the Fayette District Court, which is a state court. See *Pool & Jefferson v. Long*, No. 16-C-3163 (Fayette Dist. Ct. 2016) (docket sheet attached). In that case, her landlord filed a petition for a writ of forcible detainer (an eviction proceeding) on May 9, 2016, which Judge Julie Goodman granted on May 18, 2016. Long filed a notice of appeal on June 10, 2016. If Long seeks relief to "have her day in court" with respect to the eviction proceedings, she must do so in the Fayette District Court. She may not seek what amounts to appellate review of a state court decision in this federal court. *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005).

Accordingly, **IT IS ORDERED** that Long's motion to proceed *in forma pauperis* [R. 2] is **GRANTED**. The construed complaint [R. 1] is **DISMISSED** for lack of subject matter jurisdiction.

This the 16th day of February, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge