United States District Court for the Eastern District of Kentucky

Eastern District of Kentucky
FILED
FEB 17 2017
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Kia Long

**Plaintiff,**

vs.

CASE NO. 5:17CV68JMH

Winterwood Property Management
Parkway Plaza

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Kia Long Parkway Plaza Apartment Winterwood Property Management, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the Sixth Circuit from United States District Court
(the final judgment) (from an

For the Eastern District of Kentucky entered in this action on the __16__ day of
order (describing it))

__February__, 2017

(s) _[signature]_

Address: 2836 A Camborne St
Greensboro NC 27404

Attorney for _____

cc: Opposing Counsel ___
    Court of Appeals ___

6CA-3
1/99

I would like to appeal the judgement made by joseph m. Hood, I am asking this because last year I was evicted out of my home without being able to speak to a judge the first time or noticed correctly. i was giving a chance to see the judge in fayetee district court but when i was trying to show the judge my proof and evidence she told me to shut up or I would go to jail, judge Goodman would not let me show any proof but listen to what pool & jefferson had to say and show. Also the documents I give to the united states district court were to support my case against winterwood property management and parkway plaza apartments the people I am suing. N0 where in those documents or in my statement does it state I ever was evicted from a on Jennifer road. Nowhere in the documents I give does it say I have several incidents with a dog in fact there are no statements. In the documents there is a statement from Lexington police department saying never had any calls to my home. With that being said I want to know why I am being lied on and what will it take to make the lies stop.

Kia Long

2836 A Camburne St
greensboro NC 27407