UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| KIA LONG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 17-68-JMH |
| | ) | |
| V. | ) | |
| | ) | |
| WINTERWOOD PROP. MGMT. and | ) | **ORDER** |
| PARKWAY PLAZA APARTMENTS, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Plaintiff Kia Long has filed a notice of appeal [R. 6] and a motion to proceed *in forma pauperis* on appeal [R. 7]. However, Long is automatically entitled to proceed as a *pauper* on appeal. Fed. R. App. P. 24(a)(3).

Accordingly, **IT IS ORDERED** that:

1. Long's motion to proceed *in forma pauperis* on appeal [R. 7] is **DENIED AS MOOT.**

2. The Clerk shall forward a copy of this Order to the Clerk of the Court of Appeals for the Sixth Circuit.

This the 21st day of February, 2017.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge