UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 17-5202

_____

Filed: September 01, 2017

KIA LONG

      Plaintiff - Appellant

v.

WINTERWOOD PROPERTY MANAGEMENT; PARKWAY PLAZA APARTMENTS

      Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 08/09/2017 the mandate for this case hereby issues today.

COSTS:  None